# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 10, 2023

## NO. 03-22-00472-CV

**Howard Bart Freidman, Appellant**

**v.**

**Deborah Jenkins, Appellee**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on May 6, 2022. Howard Bart Friedman has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.